Abraham Macias-Ochoa
(Present and Prior Names)
33007-044
(Institutional Register No.)
U.S. Penitentiary-Lompoc
3901 Klein Blvd. Lompoc, CA 93436
(Address and Name of Institution
Where Presently Incarcerated)

FILED
CLERK U.S DISTRICT COURT
OCT - 4 2016
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

Abraham Macias-Ochoa
(Full and Correct Name)
Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE
Office of the Inspector General
Office of Internal Affairs FBOP,
Defendant(s)

CASE NO. CV16-07444 (JC)(SS)

(To be supplied by the Clerk)

COMPLAINT PURSUANT TO
28 U.S.C. 1331

## A. JURISDICTION

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT - 3 2016
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

1) Abraham Macias-Ochoa presently resides at
(Plaintiff)
Lompoc United States Penitentiary, 3901 Klein Blvd.,
(Mailing address or place of confinement)
Lompoc, California 93436.

2) Defendant Office of the Inspector General, Investigations Div.
(Name of first defendant)
presently resides at 1425 New York Avenue NW, Suite 7100, Washington DC 20530
and is employed as Investigator
(Position and title, if any)
At the time and claim(s) alleged in this complaint arose, was this defendant acting in his official capacity as an employee of the United States?

Yes [x] No [ ] Explain: The investigations Division answered my letter/request regarding some abuses by some of the staff at Giles W. Dalby Federal Correctional Facility (See attached copy dated Feb. 24, 2015)

3) *Defendant* Office of Internal Affairs (FBOP) *presently resides*
*(name of second defendant)*
*at* 320 First St. NW, Room 600, Washington, DC 20534,
*(present address)*
*and is employed as* Internal Affairs.
*(Position and title, if any)*
*At the time the claim(s) alleged in this complaint arose was this defendant acting in his official capacity as an employee of the United States? Yes* [X] *No* [ ] *Explain:* They never answer nor took action regarding (see attached exhibit A)

*(Use the back of this page to furnish the above information for additional defendants.)*

4) *Jurisdiction is invoked pursuant to 28 U.S.C. §1331. (If you wish to assert jurisdiction under additional statutes, you should list them below, and explain their significance.)*

________________________________________

________________________________________

## *B. NATURE OF THE CASE*

1) *Briefly state the background of your case.*

During August 18 to November 11, 2013, I was harrassed, threatened, abused, falsely accused, discriminated, targeted, punished undeservedly and curely **due to the fact that I became aware of all the illegal activities that Lt. Hernandez, Ms. Rodriguez & Ms. Morales (facility's nurses) were doing & permiting in the Giles W. Dalby Federal Correctional Facility for their personal gain and againstpolicy (i.e., sexual favors, prostitution, introduction of illegal drugs, cell phones, ink for tatoos and others ).** I was placed under investigation, constantly searched and eventually taken to segregation. For a number of months and due to my lack of English proficientcy but with the help of others I wrote and try to get help from different entities so that they could do an internal investigation and help me and penalize those crooked individuals. However my cries went unheard and on Feb. 24, 2015 I wrote out of desperation and frustration of no action to The inspector General to take matters into their hands. (see attached letter dated Feb. 24, 2015 and exhibit A). This entety forwarded my reqeust to the internal affairs, but after not getting an answer from neither entity, I wrote the Inspector General once again (see exhibit B.) Till this day no answer nor solution has been given to my case and the law suit that I started was denied because the two year limitation had ran out. However, it ran out because I was trying to get all the documents possible to prove my allegations and to present a proper case. That's why I sought the help of these entities to no availe and due to their dereliction of duty I was unable to get or file a law suit timely. Therefore, I am now suing these parties.

C. *CLAIM(S)*

1) *I allege that my claim(s) arises under the Constitution or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts. Do not attach copies of pleadings, or briefs from other cases or other memoranda unless requested by the Court.*

*A) (1) Count I:* Dereliction of Duty & gross negligence and hindrance of legal and constitutional rights of a Federal prisoner.

*(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)*

**Nine months prior** to the deadline of filing his law suit against Federal Correctional Staff at the Giles W. Dalby Correctional Facility and in order to exhaust his remedies and solve the matter at hand; plaintiff sought the assistance of The Inspector General in Washington DC on or about February 24, 2015, for a thorough investigation and assistance in his dilemma and this entety only forwarded his petition to the Internal affairs division of the Federal Bureau of Prisons (see attached exhibit B). The Office of INternal Affairs never contacted plaintiff regarding this matter and plaintiff address the matter again to the Insperctor General and never got a response or action in his claim. **Exhibit C**

*B) (1) Count II:* Contributing and Hindering for the delay of legal assistance and intervention in internal affairs or investigations of legal claims of Federal Staff Corruption.

*(2) Supporting Facts:* Defendants were properly and timely notified of illegal events and corruption that was taking place in the Giles W. Dalby Federal Correctional Facility in Texas and plaintiff appropriently sought their help and assistance in order to investigate the curruption of staff (sex, cell phones and drugs to prisoners), abuse and punishment along with constant harrassment of plaintiff due to his knowledge and discovery of persons (staff) perpetrating those crimes and violation within the federal institution, yet defendants ignore, pleadings from plaintiff and even ignore the instructions to higher government officers to investigate or look into plaintiff's complaint. (See attached exhibits A, B, and C.)

*C)* *(1)* *Count III:* Failure to perform their constitutional duties to their constituents and thus violating their human and constitutional rights and due process of law.

*(2)* *Supporting Facts:* Defendant's lack of response or initiative to investigate and or delegate their duties to subordinates in light of gravious constitutional violations to the human rights of an individual, and the gross negligence of following up with at least a response to a serious claim constitutes gross violation and disregard for their office and thier constitutional duties; by not answering at minimum the claims and concerns of the plaintiff of invastigating the crimes, abuses and atrocities done by federal workers in the Giles Federal Correctional Facility. See attached letter-exhibits A, B,C & D attached).

## *D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF*

1) *List all other lawsuits you have filed in any federal or state court as well as any criminal action which in any way relates to the claim(s) involved in this action.*

a) *Parties to previous lawsuit*

*Plaintiffs:* Abraham Macias, Institutional ID No. 33007-044

*Defendants:* K. Dixon, Warden, et al,.(Giles Dalby Correctional

b) *Name of court and docket number* United States District Court for Northern District of Texas, Lubbock Div./5:13-CV-160-BG

c) *Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)* Case was dismissed on November 15, 2013

d) *Issues raised* Medical staff acted with deliberate indifference

e) *Approximate date of filing lawsuit* July 23, 2013

f) *Approximate date of disposition* November 15, 2013

a) *Parties to previous lawsuit*

*Plaintiffs:* Abraham Macias, Institutional ID No. 33007-044

*Defendants:* K. Dixon, Warden, et all.,

b) *Name of court and docket number* U.S. District Court for the Northern District of Texas, Lubbock Division/5:16-CV-108-C

c) *Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)* Case was dismissed on June 24, 2016

d) *Issues raised* Curruption & False accusations by defendants

e) *Approximate date of filing lawsuit* June 6, 2016

f) *Approximate date of disposition* June 24, 2016

a) *Parties to previous lawsuit*

*Plaintiffs:* ______

*Defendants:* ______

b) *Name of court and docket number* ______

c) *Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)* ______

d) *Issues raised* ______

e) *Approximate date of filing lawsuit* ______

f) *Approximate date of disposition* ______

*(attach additional sheets as necessary to complete Part D)*

*I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C. Yes* [X] *No* [ ] *If your answer is "Yes," briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.*

I wrote to the INspector General after he had adviced me that he had forwarded my request to the Office of Internal Affairs, Federal Bureau of Prisons, 320 First St. NW, Room 600, Whashington, DC 20534, to notify him that I still have not heard from that office after more than a month had elapsed. I also wrote the Office of Internal Affairs regarding my request, but I never got a response. I further wrote and send copies to the following: (See attached exhibit E)

1. Dr. Loreta Linch, Attorney General.
2. Consulàdo de Mexicö.
3. Deparment of Jutice/Federal Bureau.
4. Office of INspector Geral.
5. Federal Bureau of Prisons.
6. Univision/Telemundo, CNN

*E. REQUEST FOR RELIEF*

1) *I believe that I am entitled to the following relief:* To have my request invesgated.
To get a response from the offices that are supposed to look into this matter.
To get a writen response in order for me to support my delay in filing my law suit against the staff at the Giles W. Dalby Federal COrrectional Facility in Texas, for demages, abuse, discrimination, retaliation, cover up of crimes and illegal activites and corruption of staff.

________________________
*Signature of Attorney (if any)*

*DECLARATION UNDER PENALTY OF PERJURY*

*I declare (or certify, verify, or state) under penalty of perjury that the foregoing [Complaint] is true and correct. 28 U.S.C. §1746; 18 U.S.C. §§1621, et seq.*

*Executed at* Lompoc, California *on* September 28, 2016.
*(Location)* *(Date)*

abraham meléz
*(Signature of Plaintiff)*

EXHIBIT A

Abraham M. Ochoa; 33007-044
3901 Klein Blvd.
Lompoc, Ca 93436

Office of The Inspector General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Room 4322
Washington, D.C. 20530

Feb. 24, 2015

Dear Inspector General;

Greetings! My name is Abraham Macias Ochoa; 33007-044 and I am a Federal Bureau of Prisons prisoner.

From August 18, 2013 to November 11, 2013 I was harrassed by LT. Hernandez at Giles W. Dalby Federal Correction Facility. He searched my cell every day, destroyed my personal property and threw me in the Special Housing Unit (SHU). He then had Warden bond do an investigation on me and cited me with Rules Violation - 203 serious violation. I was given six months in the SHU, I loss 50 days good conduct time and I received other sanctions.

LT. Hernandez had informants saying that I was trying to circumvent the rules and make illegal money. There was a lot of phones, pills, ink for tatoo's and sex being sold to inmates. It wasn't me selling any of that because I did not have access. Ms. Rodriguez and Ms. Moralas - both prison nurses - were doing all of the illegal trafficing for Lt. Hernendaz. And he believed that I was trying to move in on his illegal operation. He thought that I was a gang leader. When the wardens investigation did not come up with anything against me - after a six month stay in the SHU - Lt Hernandaz fabricated another investigation against me. Ultimately I was charged with making a false statement and took a plea deal for five years. I took the plea because I was facing five years and a $250,000.00¢ fine. I didn't have that kind of money.

After my conviction I was transferred to FCC Lompoc. I'm writing you because of the corruption and injustice that I experienced at Giles W. Dalby Federal Correction Facility; and I wanted to bring it to your attention before I get deported.

I certify under penalty of perjury that the foregoing is true and correct.

Executed: 2-24-2015

By: abraham macias
Abraham M. Ochoa

**EXHIBIT B**

U.S. Department of Justice

Office of the Inspector General

*Investigations Division*

*1425 New York Avenue NW, Suite 7100*
*Washington, D.C. 20530*

April 22, 2015

Abraham Macias-Ochoa
BOP Register #33007-044
3901 Klein Blvd.
Lompoc, CA 93436

Dear Mr. Ochoa:

The purpose of this letter is to acknowledge receipt of your most recent correspondence. The matters that you raised are more appropriate for review by another office or Agency. Therefore, your complaint has been forwarded to:

Office of Internal Affairs
Federal Bureau of Prisons
320 First St. NW
Room 600
Washington, DC 20534

Any further correspondence regarding this matter should be directed to that office.

I hope this answers any questions you have relative to this matter.

Sincerely,

Office of the Inspector General
Investigations Division

EXHIBIT C

Abraham Macias-Ochoa
Reg. No, 33007-044
United States Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436

Office of Inspector General
Federal Bureau of Prisons
320 First St. NW
Room 600
Washington, D.C. 20534

June 8th, 2015

**RE:** Complaint Forwarded

Dear Inspector General,

The purpose of this letter is for the review of my forward complaint by the Office of the Inspector General Investigations Division located:

Office of the Inspector General
Investigations Division
1425 New York Avenue NW. Suite 7100
Washington D.C. 20534

Therefore, I respectfully request the case No., and the direct contact of the officers assigned, regarding this legal matter, for any further correspondence directed to your office on my behalf;

In closing, any questions you have relative to this matter or supplement documents needed, I am at your service; I thank your office and especially you, for your assistance rendered in this matter; I will be looking forward for a proper reply within ten woriking days regaring this legal matter.

Sincerly,

abraham macias

Abraham Macias-Ochoa

ps: Please find enclosed copies of the complaint and letters.

7009 3410 0002 0058 9170

Abraham Macias -Ochoa
Reg. No: 33007-044
3901 Klein Blvd.
Lompoc, C.A 93436

Judge Sam R. Cummings
United States District Court
Northern District Of Texas
1205 Texas AVE. Room 209
Lubbock, Tx 79401

JUNE 6 , 2016

Dear Judge Sam R Cummings,

I am writing you this letter to formally inform you of a past matter in Giles W. Dalby Federal Correctional Facility, where I was in costudy. While my stay in this Facility I was harrassed, mistreated, and discriminated by officials and Facility staff at Giles W. Dalby. Starting from August 18 of 2013 until November 11 of 2013, I was being mistreated and discriminated by Mr. Manuel Mendez (S.I.S), Liutenant Hernandez and Mr. Kate Quigley (F.B.I. Agent). Liutenant Hernandez Would Search my cell and destroy my personal property on a regular basis. I felt harassed and threatend by Liutenant Hernandez. Mr. Hernandez proceeded as far as having Informants hold false statements against me saying that I was trying to circumvent the rules and make Illegal money. LT. Hernandez then Proceeded to imply punishments against me because of the fact that I knew everything Illegal that he was involved in, so in order to keep me from speaking and telling the truth about what he was doing and allowing Illegal things to happen with his consent, so he would threaten me and mistreat me by saying that he would send me to the (SHU) and that if i ever decided to raise a complaint against him he would simply deny everything and would not be a problem for him at all. Everything he Illegaly allowed by him included Illegaly brought in cellular phones for the use to other inmates whom he had the nurces sneak in whose names are **Belen Rodriguez, Ms. Moralez and Dr. Menford.**

# AFFIDAVIT OF TRUTH AND FACTS

**Defendant states for the Record:** " I as a detainee of,Giles W. Dalby Federal Correctional Facility , was mistreated and discriminated with harsh punishments imposed by facility officials and staff at Giles W. Dalby." "It is not fair and inhumane to take upon such actions against an individual, having to be in such position ,where the law and peace officers abuse their own given power of authority, to impose punishments to individuals in order to conceal their own Illegal actions and formulate illegal money in the process while having to be in working hours in the facility where they are supposed to be maintaining the peace instead." "I as a detainee of this facility am well aware that it is uncorrect and Illegal to be treated such way, and be punished with out reason. under **Civil Rights 28 U.S.C. §1331.** Liutenant Hernandez had no right to treat Mr.Macias-Ochoa in such inhumane way, thereof violating his constitutional and civil rights as a prisoner where the United states sustained these illegal abuses systematically personalized and abuse of power. Mr Kate Quigley (F.B.I agent) whom is in charge of the investigation undergone of my case in the process of the law suit that was placed upon by me, Abraham Macias Ochoa. Manuel Mendez(S.I.S) and liutenant Hernandez are pending for Illegally manipulating, covering and violating the given process by denying the premature development as stated in the investigation, do by consequence in a conspiracy to cover and manipulate the material authors of a violation that put my life at risk and continue living the painful secondary effects of such cause, and torment gone trough.

Respectfully Submitted,
X abraham macias
Abraham Macias Ochoa
Reg. No: 33007-044
United States Penitentiary
3901 Klein Blvd.
Lompoc, California 93436

# PROOF OF SERVICE

**STATE OF TEXAS, COUNTY OF**

I. the undersigned, declare that I am the authorized Representative for the defendant Abraham Macias Ochoa in the following case mention in **Pro Se Capacity.** I the defendant file this **Motion under CIVIL RIGHTS COMPLAINT 28 U.S.C § 1331.**

On June 7 year of our Lord 2016, I served the forgoing Motion descrived as **: Abraham Macias Ochoas' Motion under 28 U.S.C §1331.**

On interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follow:

**OFFICE OF INTERNAL AFFAIRS**
**FEDERAL BUREAU OF PRISONS**
**320 First st. NW Room 600**
**Washington, D.C 20534**

**OFFICE OF THE INSPECTOR GENERAL**
**U.S DEPARTMENT OF JUSTICE**
**950 Pennsylvania Ave. NW Room 4322**
**Washington, D.C 20530**

[X] I deposited the above-name item in the mail at (FCC-USP) Lompoc, California 93436.

I declare under penalty of prejury under the laws of the state of California and Federal laws that the above is true and correct to the best of my knowledge, so help us god.

**Executed on the 7th day of June year of our Lord 2016.**

Respectfully Sumbmitted,
X abraham macias
Without Prejudice
Abraham Macias Ochoa
Reg. No: 33007-044
United States Penitentiary
3901 Klein Blvd.
Lompoc, California 93436

This nurces would also Illegaly sell medicational pills to other inmates, brought Tatoo ink in the facility for inmates, and sold sex for money. All this was being allowed by Liutenant Hernandez. Once **LT.Hernandez** was notified by his Informants that I knew of all the Illegal things going on He proceeded to pose threats against me. **LT. Hernandez** told me that if I ever spoke about it he could and will simply say that I was the one incharge of all the Illegal things happening in order to make Illegal money. Liutenant Hernandez the set up an Investigation aginst me claiming that I was a gang leader and placed me in the **SHU.** After a **SIX MONTH** stay in the SHU Liutenant Hernandez fabricated another Investigation because the last investigation was nothing than a meer lie to get me introuble and be sent to the SHU giving him time to fabricate his next investigation against me. Ultimately I was being charged for making a false statement, because I did not have the kind of money the court was asking to cover my fine being imposed for this charge of $250,000.00, I finally signed a plea bargain for a five year inprison sentence. After my conviction I was transfered to **FCC Lompoc**, where I was interviewed on May 10th of 2016 by the officer in charge of my case for the Civil Suit against the Correctional Institution and Individuals whom where involved in this matter.

I ask you Honor to please look into this matter of mine since I was unlawfully mistreated and discriminated in order to maintain my silence against my own will.

**Sincerally ,**

*[signature]*

**Abraham Macias- Ochoa**
**Reg. No.: 33007-044**
**United States Penitentiary**
**3901 Klein Blvd.**
**Lompoc, C.A 93436**

**EXHIBIT E**

On May, 10, 2016 I was interviewed in Lompoc U.S.P by the officer in charge of my case, civil suit against the correctional institut and also the individuals, Manuel Mendez (S.I.S) Liutenant Hernandez for the cause of, threats, falce accusations, falcifying testimonies, incriminting and also for discrimination. who proseaded with unusual and cruel punishment, that continued as torture. A violation of the 8th amendment in the constotution of my humanitary civil rights or international rights agreement wherethe united states sustained these illegal abuses systematically personalized and abused their power. they left me sequelas and traumas which are irreversable in my physical health and also emotional, the fear and temor continue, of where i am at that it might or will happen again for speaking and claiming all my legal rights, of my human and constitutional rights as a detainee it is not important that my statue is of an illigal alien I was judged and sentenced by the laws and the constitution of the united states that is obligated by law that it should also be applied at my favor if they are required under the convinience Beina Austria 1964 where the United states is its writer. Mr. Kate Quigley (F.B.I Agent) who is in charge of the investigation undergone in my case in the process of the law siut that was placed apon by me, Manuel Mendez (S.I.S) and Liutenit Hernandez, is pending Illegaly to manipulate and cover and violate the giving process by denighing the premature and development as said in the investigation, do by consiquence in a conspiracy in covering the matirial authors of a violation that put my life at risk and i continue living the painful effects, I await your responce do by law and the constitution so these cases will no longer be repeted in an undefence and vonrable inmate and especialy a forign alien with a criminal background.

Cc: ⇔33007-044⇔
Dr Loreta Linch
Attorney General
950 Pennsylvania AVE NW
Deparment of Justice
Washington, DC 20530
United States

⇔33007-044⇔
Consulado De Mexico
1210 River BEND DR
Dallas, TX 75247
United States

⇔33007-044⇔
Federal Bureau Of Prisons
320 Firts.St.Nw.Room5004
Washington, DC 20534
United States

⇔33007-044⇔
Deparment Of Justice
Federal Bureau B O P
320 1ST ST NW
Room 5004
Washington, DC 20534
United States

Univision, telemundo, CNN
Redes Sociales
consulado de mexico

⇔33007-044⇔
Office Of The Inspector Gen
Investigation Division
1425 NEW YORK AVE NW
Suite 7100
Washington, DC 20530
United States

RespectFully submitted

By: abraham macias
Abraham Macias Ochoa
Reg. No. 33007-044
unitedstates penitentiary
3901 Klein Blvd.
Lompoc, CA. 93436

Abraham Macias-Ochoa
Reg. No. 33007-044
United States Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436

Santa Barbara CA 931
THU 29 SEP 2016 PM

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT - 3 2016
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

⇔33007-044⇔
United States Court House
312 N Spring ST
Room G-8
LOS Angeles, CA 90012
United States

L E G A L  M A I L

FCC LOMPOC
3901 KLEIN BLVD
LOMPOC, CA 93436

DATE 9/29/16

The following letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another address, please return the enclosed to the above address.

MEAD 9" X 12" PRESS & SEAL WHITE ENVELOPES 5CT/PK
0 43100 76037 5
6503021